Eastern District of Kentucky
**FILED**

FEB 22 2018

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 18-20-gmH

**UNITED STATES OF AMERICA**             **PLAINTIFF**

V.      **MOTION OF UNITED STATES FOR ISSUANCE OF ARREST WARRANT**

**SCOTT W. SULIK**             **DEFENDANT**

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, Scott W. Sulik, returnable forthwith.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: /s/ Andrew T. Boone
Andrew T. Boone
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4841
FAX (859) 233-2646
andrew.boone2@usdoj.gov