**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT LEXINGTON**

**ACTION NO: 18-CR-20-DLB**                                    **ELECTRONICALLY FILED**

**UNITED STATES**                                                              **PLAINTIFF**

**VS.**

**SCOTT W. SULIK**                                                              **DEFENDANT**

**MOTION TO WITHDRAW**
**AS COUNSEL**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Comes now Counsel for the above named Defendant and respectfully moves this Court to permit her to withdraw a counsel in the above styled matter.  As grounds for her Motion, Counsel states as follows:

While she knows that the Defendant's trial is imminent, an issue has occurred that makes counsel's continued representation of the Defendant in this matter untenable.  This issue has caused differences that are irreconcilable.

**WHEREFORE**, Counsel respectfully requests that this Court issue an Order permitting her to withdraw as counsel of record in this matter.

**NOTICE**

Please take Notice that this Motion shall come for hearing at the convenience of the Court.

1

        Respectfully Submitted,

        OELTGEN & D'AMBRUOSO, PLLC
        120 North Mill Street, Suite 300
        Lexington, KY 40507
        (859) 523-1606

        BY: /s/ Rachel D. Yavelak

## CERTIFICATE

I do hereby certify that I filed the foregoing motion with the Clerk of Court on the 17th day of October 2018 using the CM/ECF system which will send electronic notice of same to the Hon. Andrew Boone and a copy of this motion shall be sent by mail delivery, first class and postage prepaid to Scott Sulik c/o Woodford County Detention Center, 204 Beasley Road, Versailles, KY 40383.

        /s/ Rachel D. Yavelak