UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

ACTION NO: 18-CR-20-DLB                                    ELECTRONICALLY FILED

UNITED STATES                                                                PLAINTIFF

VS.

SCOTT W. SULIK                                                              DEFENDANT

ORDER

**********

On Motion by Counsel for the Defendant to withdraw as Counsel in the above styled matter, and the Court being otherwise sufficiently advised: **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that Rachel D. Yavelak is hereby relieved of any and all further duties in the above styled matter.

So ORDERED this the ___ day of _____, 2018.

_____
JUDGE, U.S. DISTRICT COURT

PREPARED BY:

OELTGEN & D'AMBRUOSO, PLLC
120 NORTH MILL STREET, SUITE 300
LEXINGTON, KY 40507
(859) 523-1606


BY: /s/ RACHEL D. YAVELAK