UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO: 5:18-CR-00020-DCR

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.

SCOTT W. SULIK                                                               DEFENDANT

## PROPOSED JURY INSTRUCTIONS

Comes Pam Ledgewood, appointed counsel for the defendant in the above-styled matter, and hereby tenders the following proposed jury instructions for trial to begin February 12, 2019, at 9 a.m. in Lexington. All are Sixth Circuit Pattern Instructions:

Chapter 1.00 – General Principles

Chapter 7.00 – Special Evidentiary Matters:

- 7.02A – Defendant's Election Not to Testify or Present Evidence, or
- 7.02B – Defendant's Testimony
- 7.03 – Opinion Testimony
- 7.03A – Witness Testifying to Both Facts and Opinion
- 7.05A – Impeachment by Prior Conviction
- 7.13 – Other Acts of Defendant
- 7.19 – Judicial Notice
- 7.20 – Statement by Defendant
- 7.21 – Stipulations

Chapter 8.00 – Deliberation and Verdict

Chapter 9.00 – Supplemental Instructions

Chapter 16.06 – Material Involving the Sexual Exploitation of Minors: Possessing Visual Depiction (18 U.S.C. § 2252(a)(4)(B)).

Defendant has reserved the right to move to modify, alter or withdraw a requested Pattern Instruction based upon the testimony.

Respectfully,

/s/ PAM LEDGEWOOD
Pam Ledgewood
271 W. Short Street
Suite 403
Lexington, KY 40507
859-233-7323
Email: ledgewood.pam@gmail.com
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2019, electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties in this matter or service was completed by first class mail to any non-CM/ECF participants.

/s/ PAM LEDGEWOOD