UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
F I L E D
FEB 12 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 5:18-CR-00020-DCR

UNITED STATES OF AMERICA                                        PLAINTIFF

V.                               **STIPULATION**

SCOTT W. SULIK                                                  DEFENDANT

\* \* \* \* \*

In order to expedite and simplify the trial of this case, the parties hereby stipulate and agree as follows:

1.  The following United States exhibits are authentic and admissible under Federal Rule of Evidence 803(6):

    a.  Farm Lease and Purchase Agreement for 5845 McCowans Ferry Road, Versailles, KY (tentatively marked as Exhibit 6);

    b.  Leasing and Payment Records maintained by Apache Wells RV Resort, Mesa, AZ (tentatively marked as Exhibit 7);

    c.  Windstream records pertaining to file number 76490 (tentatively marked as Exhibit 8);

2.  The following United States exhibit is authentic and admissible as a summary of voluminous records under Federal Rule of Evidence 1006:

1

      a. Summary of Metadata from LG-K371 and Lenovo Thinkpad (tentatively marked as Exhibit 5).

3. It is further stipulated and agreed that the exhibits noted in Paragraphs 1 and 2 may be presented to the jury and may be considered by the jury in the same manner as if their authenticity and admissibility had been testified to.

4. This stipulation does not prevent the United States from introducing all evidence necessary to fully inform the jury of the facts of the case, to satisfy the elements of the offenses, or to impeach any witnesses. It further does not prevent either party from objecting to testimony or evidence on relevancy grounds.

5. The parties hereby signify their agreement with this stipulation by signing below.

_2/12/19_
Date

_[signature]_
Andrew Boone
Assistant United States Attorney

_2/12/19_
Date

_[signature]_
Pam Ledgewood
Attorney for Defendant