We have made our verdict.

2-13-2019

Eastern District of Kentucky
FILED

FEB 1 3 2019

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Exhibit 5

on device 3 ex 4

~~what does Date modified to date changed mean?~~

What is the difference between date modified and date changed?

Eastern District of Kentucky
FILED
FEB 1 3 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT