Eastern District of Kentucky
**F I L E D**

FEB 1 3 2019

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

UNITED STATES OF AMERICA,                    )
                                             )
            Plaintiff,                       )        Criminal Action No. 5: 18-020-DCR
                                             )
V.                                           )
                                             )
SCOTT W. SULIK,                              )        **VERDICT FORM**
                                             )
            Defendant.                       )

\*\*\*     \*\*\*     \*\*\*     \*\*\*

We the jury unanimously find as follows:

With respect to the charge in the indictment that Defendant Scott W. Sulik possessed

a visual depiction involving the sexual exploitation of a minor, we the Jury, find the

defendant:

**GUILTY** _____✓_____                    **NOT GUILTY** _____

If you find the defendant guilty of the offense charged, do you also find unanimously

that one or more of the visual depictions involved in the offense involved a prepubescent

minor or a minor who had not attained 12 years of age?

**YES** _____✓_____                       **NO** _____

_____2-13-2019_____
DATE

37